Alan R. Solot, Esq.
UPRIGHT LAW
SBN 006587
2701 E. Speedway STE 203
Tucson, Arizona 85716
520-299-1465
520-299-1482 (fax)
arsolot@gmail.com

Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 13 Case |
| MARIO ALCALA, | No. 4:21-bk-01788-SHG |
| Debtor, | **MOTION TO EXTEND TIME TO COMPLY WITH THE TRUSTEE'S OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN** |

The Debtor, through his attorney undersigned, hereby requests that this Court allow additional time to comply with the trustee's requirements as described in the trustee's plan objection filed with this Court on May 27, 2021 at Docket 24 (the "Objection").

The Debtor's attorney is working on resolving the issues raised in the Objection. Therefore, additional time is being requested to comply with the Objection and submit the Stipulated Order of Confirmation to the trustee.

WHEREFORE, it is respectfully requested that this Court grant an additional 30 days to comply with the Objection.

Dated July 26, 2021

/s/ *Alan R. Solot* SBN 006587
ALAN R. SOLOT
Attorney for Debtors

Copy of the foregoing emailed on July 26, 2021 to:

Dianne Kerns, Esq.
Chapter 13 Trustee
mail@dcktrustee.com